

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00194-CV

Eusebio **VEJIL,**
Appellant

v.

Rosita **VEJIL,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20186
Honorable Gloria Saldana, Judge Presiding

### O R D E R

Sitting:        Catherine Stone, Chief Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court